UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against                                                   **ORDER**
                                                              14 CR 124 (KMW)

BENJAMIN MALDONADO,

                       Defendant.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

        The Court will hold a remote violation conference on Tuesday, January 19, 2021, at 10:00 a.m. Members of the press and public who wish to hear the proceedings should dial 917-933-2166 and enter Conference ID 389965712.

        SO ORDERED.

Dated: New York, New York
            January 12, 2021

                                                    _____
                                                          KIMBA M. WOOD
                                              UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/21