UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

       -against-

BENJAMIN MALDONADO,

                            Defendant.
-------------------------------------------------------------------x

**ORDER**
14 CR 124 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/21

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference on Thursday, April 1, 2021, at 11:00 a.m.

Member of the press and public who with to hear the proceedings should dial 917-933-2166 and enter conference ID 837278864.

       SO ORDERED.

Dated: New York, New York
       March 24, 2021

*/s/ Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE