```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/1/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

         -against-

BENJAMIN MALDONADO,

                      Defendant.
------------------------------------------------------------x

**ORDER**
14 CR 124 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference on April 5, 2021, at 11:30 a.m., on the defendant's violation of supervised release.  Members of the press and public who wish to join the conference may dial 917-933-2166 and enter Conference ID 801086943.  All members of the press and public *must* join the conference with their telephones on mute.

    SO ORDERED.

Dated: New York, New York
         March 31, 2021

                                             /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE