```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-　　　　　　　　　　　　　　　　　ORDER
　　　　　　　　　　　　　　　　　　　　　　　　14 CR 124 (KMW)
BENJAMIN MALDONADO,

                         Defendant.
-------------------------------------------------------------x
KIMBA M. WOOD, District Judge:

    The remote conference in this case, scheduled for April 5, 2021, at 11:30 a.m., is adjourned to April 15, 2021, at 1:30 p.m. Members of the press and public who wish to join the conference may dial 917-933-2166 and enter Conference ID 804805935. All members of the press and public must join the conference with their telephones on mute.

    SO ORDERED.

Dated: New York, New York
       ~~March~~ April 5, 2021

                                    /s/ Kimba M. Wood
                                    KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE