UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/22
```

-against-

**ORDER**
14 CR 124 (KMW)

BENJAMIN MALDANADO,

Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The remote conference, currently scheduled for February 8, 2022, is adjourned to February 17, 2022, at 10:00 a.m.

SO ORDERED.

Dated: New York, New York
       January 20, 2022

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE