UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA



      -against-

BENJAMIN MALDONADO,

                         Defendant.
------------------------------------------------------------------x

**ORDER**
14 CR 124 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference in the above-captioned case on Thursday, February 17, 2022 at 10:00 a.m.

Members of the press and public who wish to join the proceeding may dial 917-933-2166 and enter Conference ID 569930119, with their telephones on mute. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceeding is permitted.

      SO ORDERED.

Dated: New York, New York
       February 10, 2022

                                                     /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE